BEFORE THE FIRST DIVISION, APRIL 28, 1959

**No. 62990.**—Manca, Inc. *v.* United States, protest 58/6382 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of special combination tubes for photomicrography and are necessary for the operation of the photomicrographic camera, the claim of the plaintiff was sustained.